UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SENTRY EQUIPMENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-254-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| CUMBERLAND MINE SERVICE, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Notice of Voluntary Dismissal [R. 8] filed by the Plaintiff, Sentry Equipment Corporation. In that Notice, Sentry seeks dismissal of the instant action because the parties have reached a settlement agreement. Accordingly, and pursuant to Federal Rule of Civil Procedure 41, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED** without prejudice; and

2. This action is **STRICKEN** from the Court's active docket.

This the 23rd day of January, 2009.

